# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **HEARING MINUTES** |
| v. | **ARRAIGNMENT** |
| **JUAN M. CARDENAS** | Case No. 19-CR-201 |

HONORABLE James R. Sickel, presiding  Time Called: 3:59 pm
Proceeding Held: February 3, 2020  Time Concluded: 4:08 pm
Deputy Clerk: Lori  Tape: 020320

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| JUAN M. CARDENAS in person and by: | Thomas E. Phillip |
| US PROBATION OFFICE by: | Jennifer Rufenacht |
| INTERPRETER: None | ☐ Interpreter Sworn |

☒ Original Indictment   ☐ Superseding Indictment   ☒ Felony   ☐ Misdemeanor

| | | | |
|---|---|---|---|
| Speedy Trial Date: | **April 13, 2020** | Trial Estimate: | **2 days** |
| Final Pretrial Date: | **March 31, 2020 at 11 AM** | Motions Due: | **February 18, 2020** |
| Jury Trial Date: | **April 13, 2020 at 8:30 am** | Responses Due: | **February 28, 2020** |
| District Judge: | **William C. Griesbach** | Replies Due: | **March 4, 2020** |
| Magistrate Judge: | **William E. Duffin** | | |

☒ Defendant advised of rights                    ☒ Defendant advised of maximum penalties
☒ Court orders counsel appointed                 ☒ Open discovery policy applies
☒ Copy of indictment received by defendant       ☒ Government to disclose GJ materials one day prior to trial
  ☒ indictment read as to charges against defendant; or ☐ reading waived
☒ Not guilty plea entered by: ☒ defendant ☐ court

☒ Defendant released on: ☒ O/R bond; ☐ Cash bond; ☐ Property bond; ☒ with conditions. SEE Order Setting Conditions of Release.
☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☐ Court orders federal detainer.
☐ Defendant is ordered temporarily detained. Detention hearing set for: _____
☐ Bond continued; or ☐ Detention continued as previously set

Maximum Penalties: 10 years; Fine: $250,000.00; SR: 3 years; SA: $100.00
Defendant self-surrendered today.
The government does not oppose release with conditions.
Mr. Phillip informs the Court the defendant has two pending warrants in Calumet County.