**Thomas J. Erickson**
**Attorney at Law**
**The Landmark Building**
**316 N. Milwaukee St., Ste. 206**
**Milwaukee, WI 53202**
**(414) 271-0678**
**f: (414) 751-5183**

March 23, 2020

Hon. William C. Griesbach
US District Court Judge
125 S. Jefferson St., Ste.102
Green Bay, WI 54305

Re: USA v. Juan Cardenas
 Case No. 19-CR-201

Dear Judge Griesbach:

The above-listed case is scheduled for a final pre-trial on March 23rd. I expect to file a plea agreement with the court by the end of the week. Accordingly, I ask that we either convert the March 31st day to a scheduling conference in which I may appear by phone and have my client's appearance waived because of COVID – 19 or we simply schedule a guilty plea hearing for May or June.

Very truly yours,


/s/ Thomas J. Erickson

TJE/ms

Cc: Daniel Humble, AUSA