UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-                                        Case No. 19-CR-201

JUAN M. CARDENAS,

    Defendant.

## MOTION TO ADJOURN PLEA HEARING

The Defendant, Juan Cardenas, by his attorney Thomas J. Erickson hereby moves the court for an Order adjourn the hearing date of June 8, 2020, and to a mutually agreeable date in the future based on General Order 20-11 which continues all plea colloquies and sentencing hearings until after July 1, 2010.

While the plea agreement has not been filed, it has been finalized and will be filed shortly.

The government does not object to the adjournment.

Wherefore, Attorney Erickson asks that the plea hearing date be adjourned.

Dated this 28th day of May, 2020.

                                                              Respectfully submitted,

                                                              /s/_____
                                                              Thomas J. Erickson
                                                             Attorney for Defendant

Address and Phone:
316 N. Milwaukee St., Ste. 550
Milwaukee, WI 53202
(414) 271-0678