**Thomas J. Erickson**
**Attorney at Law**
**The Landmark Building**
**316 N. Milwaukee St., Ste. 550**
**Milwaukee, WI 53202**
**(414) 271-0678**
**f: (414) 751-5183**

July 20, 2020

Hon. William C. Griesbach
US District Court Judge
125 S. Jefferson St., Ste.102
Green Bay, WI 54305

Re: USA v. Juan Cardenas
    Case No. 19-CR-201

Dear Judge Griesbach:

The above-listed case is scheduled for a guilty plea hearing on July 28th. I have spoken to Mr. Cardenas and it is his strong preference to appear by video for that hearing. Thus, please allow the hearing to proceed by video. I will forward the Zoom information to Mr. Cardenas once I receive it from the court.

I have communicated this request to AUSA Dan Humble and do not believe he will object.

Very truly yours,


/s/ Thomas J. Erickson

TJE/ms

Cc: Daniel Humble, AUSA