# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **ZOOM VIDEOCONFERENCE** <br> **CHANGE OF PLEA HEARING MINUTES** |
| **JUAN M. CARDENAS** | Case No. 19-CR-201 |

HONORABLE WILLIAM C. GRIESBACH presiding　　　　　　Time Called: 11:01 am
Proceeding Held: July 28, 2020　　　　　　　　　　　　　Time Concluded: 11:25 am
Deputy Clerk: Lori　　　　　　　　　　　　　　　　　　　Zoom Hearing: 072820

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| JUAN M. CARDENAS via Zoom and by: | Thomas J. Erickson |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☐ Mandatory minimum sentence
  - ☐ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☐ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered to Count 2 of the ☒ indictment, ☐ superseding indictment, ☐ information
- ☒ CHARGE: 18:922(a)(60 and 924(a)(2) Making a false statement in connection with the purchase of a firearm to a federal firearms dealer.
- ☒ PSR ordered
- ☒ Sentencing set for: November 6, 2020 at 1:30 pm

- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  - ☒ Defendant adjudged guilty
- ☒ FPT and JT dates removed from court calendar

☐ Detention continued; or　☒ Bond continued:　☒ as previously set, or　☐ as modified:
The Court makes findings for video appearance for hearing.