# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **JUAN M. CARDENAS** | Case No. 19-CR-201 |

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: 1:35 pm
Proceeding Held: November 6, 2020     Time Concluded: 1:58 pm
Deputy Clerk: Lori     Tape: 110620

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| JUAN M. CARDENAS, in person and by: | Thomas J Erickson |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

☒ The parties have no objections to the factual statements in the PSR

☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant

☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☒ The court adopts the factual statements and guideline application as set forth in the PSR

☐ The court adopts the factual statements and guideline application with these changes:

☒ The government presents sentencing argument: agreed to recommend a guideline range sentence but will not object to a lesser sentence.

☒ The defendant presents sentencing argument: 2 years of Probation

☒ Defendant exercises right of allocution.

☒ The court imposes sentence.

☐ The government dismisses count(s)

☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:** _____ Months as to Count(s) _____ of the _____
_____ Months as to Count(s) _____ of the _____

    Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
        TOTAL TERM OF IMPRISONMENT IMPOSED: _____ months.

    ☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**    3    Years as to Count(s)    2    of the   indictment

**Supervised Release:** _____ Years as to Count(s) _____ of the _____
_____ Years as to Count(s) _____ of the _____

**MONETARY PENALTIES**

**Special Assessment:**   $ 100.00   due immediately

**Fine:**   $ _____   ☒ fine waived

**Restitution:**   $ _____   ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐ The court recommends the defendant's placement at _____.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes:

**The Court adopts the rationale for the conditions imposed as set forth in the PSR.**