# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff(s),* v. JUAN M. CARDENAS, *Defendant(s).* | Case No. 19-CR-201 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled as indicated below:

**REVOCATION REVIEW HEARING**
**July 19, 2022 at 9:30 AM**

JEFFERSON COURT BUILDING
ROOM 201
125 SOUTH JEFFERSON STREET
GREEN BAY, WI 54301

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Dated: July 11, 2022

GINA M. COLLETTI
Clerk of Court

s/ Lori Hanson
Deputy Clerk
(920)455-7381