# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **REVOCATION HEARING** |
| **JUAN M. CARDENAS** | Case No. 19-CR-201 |

HONORABLE William C. Griesbach, presiding  Time Called: 9:37 a.m.
Proceeding Held: July 19, 2022  Time Concluded: 9:45 a.m.
Deputy Clerk: Mara  Tape: 071922

**Appearances:**

UNITED STATES OF AMERICA by:   Timothy Funnell

JUAN M. CARDENAS by:   Thomas Erickson

US PROBATION OFFICE by:   Mitchell Farra

☒ Defendant appears in person.

---

The Court addresses the Probation petition regarding the defendant's multiple positive drug tests.
Mr. Farra states the defendant had four positive drug tests within twelve months and notes he also tested positive prior to today's hearing. Mr. Farra states revocation is not being recommended at this time but is hopeful that the defendant's participation in treatment will be beneficial.
Mr. Funnell addresses concerns as to the defendant's positive drug tests but is not recommending revocation at this time. Mr. Erickson states the defendant does not contest the positive drug tests as stated in the petition and discusses the defendant's positive life changes since sentencing.
Mr. Cardenas addresses the Court and discusses his current employment.

The Court will not revoke the defendant's term of supervision at this time and will allow the defendant's continued participation in treatment. The Court orders appointment of CJA counsel Tom Erickson for the defendant.