# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff(s),* | ) ) ) |
| v. | ) Case No. 19-CR-201 |
| JUAN M. CARDENAS, | ) ) ) |
| *Defendant(s).* | ) ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled as indicated below:

**REVOCATION HEARING**
**December 6, 2022 at 2:30 PM**

JEFFERSON COURT BUILDING
ROOM 201
125 SOUTH JEFFERSON STREET
GREEN BAY, WI 54301

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Dated: November 22, 2022          GINA M. COLLETTI
                                  Clerk of Court

                                  s/ Lori Hanson
                                  Deputy Clerk
                                  (920)455-7381