# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **REVOCATION HEARING** |
| **JUAN M. CARDENAS** | Case No. 19-CR-201 |

HONORABLE William C. Griesbach, presiding  Time Called: 2:34 p.m.
Proceeding Held: December 6, 2022  Time Concluded: 2:44 p.m.
Deputy Clerk: Mara  Tape: 120622

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Andrew Maier for Daniel Humble |
| JUAN M. CARDENAS by: | (Waived right to counsel) |
| US PROBATION OFFICE by: | Jennifer Rufenacht |

☒ Defendant appears in person.

Defendant orally waives his right to an attorney.
The Court finds the waiver to be knowing and voluntary and accepts the waiver.

☒ Defendant does not contest violation(s) of the conditions of the term of supervision.
Violation numbers: 1-3

☒ The court finds that the defendant has violated conditions of the term of supervision.
Violation numbers: 1-3

☒ The court finds that the defendant has violated the conditions of the term of supervision.
☒ The court revokes the defendant's term of supervision and imposes the following sentence:
  ☒ 60 days imprisonment in the custody of the Bureau of Prisons.
    To be served: ☐ concurrently ☐ consecutively ☐ to state sentence
  ☐ _____ years of supervised release; or
  ☒ No further term of supervised release to be imposed.
☐ Recommendations: _____
☒ Defendant advised of appeal rights.

Government is recommending 60 days imprisonment.
Mr. Cardenas addresses the Court.
The Court will allow the defendant to self-surrender for service of sentence on 12/20/2022 by 5:00 PM.