# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JUAN M. CARDENAS | Case Number: 19-CR-201<br>USM Number: 17251-089 |

<u>N/A–waived right to counsel</u>   <u>Andrew J. Maier</u>
Defendant's Attorney            Assistant United States Attorney

THE DEFENDANT does not contest the violation of condition(s) of the term of supervision and is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|:---:|---|:---:|
| 1 | Consumed/used THC in violation of the Statutory Condition not to consume illegal substances. | 11/18/2022 |
| 2 | Possessed drug paraphernalia in violation of the Statutory Condition not to commit a federal, state, or local law violation. | 11/12/2022 |
| 3 | Failed to report to the probation officer in violation of Standard Condition No. 1. | 10/25/2022 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED, that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and the United States Attorney of material changes in economic circumstances.

Defendant's Soc Sec. No.: XXX-XX-0486        Date Sentence Imposed: December 6, 2022
Defendant's Date of Birth: XX-XX-1996

                                              s/ William C. Griesbach
Defendant's Residence Address:               United States District Judge
Brillion, WI 54110

                                              Date Judgment Entered: December 7, 2022

DEFENDANT: JUAN M. CARDENAS
CASE NUMBER: 19-CR-201

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) days.

☐   The court makes the following recommendations to the Bureau of Prisons:
    _____

☐   The defendant is remanded to the custody of the United States Marshal.

☒   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office on December 20, 2022 by 5:00 p.m.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ with a certified copy of this judgment.

_____
United States Marshal

_____
By:  Deputy United States Marshal